[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-11368
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 14, 2012
JOHN LEY
CLERK

D.C. Docket No. 5:10-cr-00265-AKK-PWG-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC RAMON TAPSCOTT,
a.k.a. Ick,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(June 14, 2012)

Before MARCUS, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Bill Barnett, appointed counsel for Eric Tapscott, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Tapscott's convictions and sentences are **AFFIRMED**.